IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | ) | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| STEPHEN CHARLES MARTINEK and | ) | Case No. 15-42810 |
| MARIA CHRISTINA MARTINEK, | ) | |
| Debtor(s) | ) | |
| | ) | |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (JCP credit card [Last four digit of account:9125]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
September 24, 2015

                              By: /s/ Ramesh Singh

                              Ramesh Singh
                              c/o Recovery Management Systems
                              Corporation
                              Financial Controller
                              25 SE 2nd Avenue, Suite 1120
                              Miami, FL 33131-1605
                              (305) 379-7674

Assignee Creditor: JCP credit card [Last four digit of account:9125]